**Order entered June 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00363-CV

### IN THE INTEREST OF K.G., ET AL., MINOR CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17435-Z**

## ORDER

We **GRANT** appellant Mother's June 11, 2015 motion for additional time to file brief to the extent we **ORDER** the **brief be filed no later than June 19, 2015**. Because this appeal is from an order terminating the parent-child relationship and is accelerated, **no further extensions will be granted**.

We further **GRANT** the State's motion to extend time to file brief in response to appellant Father's brief and **ORDER** the brief tendered to the Clerk of the Court June 10, 2015 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
            JUSTICE